| | |
|---|---|
| Michael J. Owens<br>  Appellant | From the County Court at Law No. 1<br>  of Lubbock County |
| v. No. 07-09-0081-CR | March 26, 2009 |
| The State of Texas<br>  Appellee | Opinion  by Justice Pirtle |

### J U D G M E N T

Pursuant to the opinion of the Court dated March 26, 2009, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered, adjudged and decreed that appellant Michael J. Owens pay all costs occasioned by this appeal, for which let execution issue.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o